# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

JO ANN BUGGS, and
TRAVIS BUGGS

Plaintiffs,

v.                                                 **CASE NO. 3:21CV178-MPM-RP**
                                                      **JURY DEMANDED**

DANISHA L. WALKER,
HERTZ VEHICLE, LLC, and
LATROBE TRANSPORTATION RESOURCE, LLC,

Defendants.

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE
## AS TO HERTZ VEHICLE, LLC ONLY

CONSIDERING the forgoing Motion to Dismiss with Prejudice;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims against Hertz Vehicle, LLC, are hereby dismissed, with prejudice, each party to bear its own costs, reserving unto plaintiffs their right to proceed against all others.

SO ORDERED this the 29th day of November 2021.

                                                          /s/ Michael P. Mills
                                                          UNITED STATES DISTRICT JUDGE
                                                          NORTHERN DISTRICT OF MISSISSIPPI